Michael M. Rosen (SBN 230964)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

John T. Johnson (Admitted *Pro Hac Vice*)
FISH & RICHARDSON P.C.
153 East 53rd Street, 52nd Floor
New York, NY  10022
Telephone:  (212) 765-5070
Facsimile:   (212) 258-2291

Attorneys for Defendants
AMERICAN HONDA MOTOR CO., INC. and
HONDA OF AMERICA MFG., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CALCAR, INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>AMERICAN HONDA MOTOR CO., INC. and HONDA OF AMERICA MFG., INC.,<br><br>              Defendants. | Civil No. 06-2433-DMS (CAB)<br><br>**AMERICAN HONDA'S NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW OF INVALIDITY OF THE '961 AND '759 PATENTS**<br><br>TRIAL DATE:   June 16, 2008<br>TIME:               9:00 a.m.<br>PLACE:            Courtroom 10<br>JUDGE:           Honorable Dana M. Sabraw |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants American Honda Motor Co., Inc. and Honda of American Mfg., Inc. (collectively, "American Honda") will and hereby does move the Court for Judgment as a Matter of Law of Invalidity of the '961 and '759 patents.  The instant motion is based upon: (1) American Honda's Memorandum of Points and Authorities in Support of its Motion for Judgment as a Matter of Law of Invalidity of the '961 and '759; (2) the Federal

1                                                                                         Civil No. 06-2433-DMS (CAB)

Rules of Civil Procedure; (3) the files and records in this action; and (4) any and all other materials submitted to the Court on or before the time of its decision in this matter.

Dated: July 7, 2008                           FISH & RICHARDSON P.C.


By:   */s/ Michael M. Rosen*
     Michael M. Rosen (SBN 230964)
     rosen@fr.com
     FISH & RICHARDSON P.C.
     12390 El Camino Real
     San Diego, CA  92130
     Telephone:  (858) 678-5070
     Facsimile:   (858) 678-5099

     John T. Johnson (Admitted *Pro Hac Vice*)
     jjohnson@fr.com
     FISH & RICHARDSON P.C.
     Citigroup Center – 52nd Floor
     153 East 53rd Street
     New York, New York 10022
     Telephone:  (212) 765-5070
     Facsimile:   (212) 258-2291

Attorneys for Defendants
AMERICAN HONDA MOTOR CO., INC. and
HONDA OF AMERICA MFG., INC.

*OF COUNSEL:*

Robert E. Hillman (Admitted *Pro Hac Vice*)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:   (617) 542-8906

Ahmed J. Davis  (Admitted *Pro Hac Vice*)
FISH & RICHARDSON P.C.
1425 K Street NW
Washington, D.C.  20005
Telephone:  (202) 783-5070
Facsimile:   (202) 793-2331

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 7, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                               <u>/s/ Michael M. Rosen</u>
                               Michael M. Rosen (SBN 230964)
                               rosen@fr.com

                               Attorney for Defendants
                               AMERICAN HONDA MOTOR CO., INC.
                               and
                               HONDA OF AMERICA MFG., INC.