Michael M. Rosen (SBN 230964)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

John T. Johnson (Admitted *Pro Hac Vice*)
FISH & RICHARDSON P.C.
153 East 53rd Street, 52nd Floor
New York, NY  10022
Telephone:  (212) 765-5070
Facsimile:   (212) 258-2291

Attorneys for Defendant/Counter-Claimant
AMERICAN HONDA MOTOR CO., INC. and
Defendant HONDA OF AMERICA MFG., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CALCAR, INC., <br><br>  Plaintiff, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC. and HONDA OF AMERICA MFG., INC., <br><br> Defendants. | Civil No. 06-2433-DMS (CAB) <br><br> **AMERICAN HONDA'S NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OF INVALIDITY OF THE '759 PATENT AND, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL** <br><br> HEARING:    January 23, 2009 <br> TIME:            1:30 p.m. <br> PLACE:         Courtroom 10 <br> JUDGE:        Honorable Dana M. Sabraw <br><br> **SPECIAL BRIEFING SCHEDULE SET** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Fed. R. Civ. P. 50(b), Defendants American Honda Motor Co., Inc. and Honda of America Mfg., Inc. (collectively, "American Honda") renew their Motion for Judgment as a Matter of Law of Invalidity of the '759 Patent. Before the case was given to the jury, pursuant to Fed. R. Civ. P. 50(a), American Honda moved for Judgment as a Matter of Law of Invalidity of the '961 and '759 patents (Dkt. #513). That motion and its supporting documents are incorporated by reference in the instant renewed motion.  The instant renewed motion is further based upon: (1) American Honda's brief in opposition to Calcar's motions for judgment as a matter of law regarding invalidity of the '961 and '759 patents (Dkt. #523); (2) the Federal Rules of Civil Procedure; (3) the files and records in this action; and (4) any and all other materials submitted to the Court on or before the time of its decision in this matter.

American Honda further moves, in the alternative, for a new trial, pursuant to Fed. R. Civ. P. 59.

American Honda will file its briefing in accordance with the Court's instructions.

| | | |
|---|---|---|
| 1 | Dated: December 2, 2008 | FISH & RICHARDSON P.C. |

By: */s/Michael M. Rosen*
Michael M. Rosen (SBN 230964)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

John T. Johnson (Admitted *Pro Hac Vice*)
FISH & RICHARDSON P.C.
Citigroup Center – 52nd Floor
153 East 53rd Street
New York, New York 10022
Telephone:  (212) 765-5070
Facsimile:   (212) 258-2291

Attorneys for Defendant/Counter-Claimant
AMERICAN HONDA MOTOR CO., INC. and
Defendant HONDA OF AMERICA MFG., INC.

OF COUNSEL:

Robert E. Hillman (Admitted *Pro Hac Vice*)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:   (617) 542-8906

Ahmed J. Davis  (Admitted *Pro Hac Vice*)
FISH & RICHARDSON P.C.
1425 K Street NW
Washington, D.C.  20005
Telephone:  (202) 783-5070
Facsimile:   (202) 793-2331

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 2, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

  /s/Michael M. Rosen
Michael M. Rosen (SBN 230964)
rosen@fr.com

Attorneys for Defendant/Counter-Claimant
AMERICAN HONDA MOTOR CO., INC. and
Defendant HONDA OF AMERICA MFG., INC.

10886609.doc